1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10

11 MICHAEL BYARS,            ) Case No. CV 18-1486 GW(JC)
                                   )
12                                    ) ORDER ACCEPTING FINDINGS,
             Petitioner,     ) CONCLUSIONS, AND
13                                    ) RECOMMENDATIONS OF
          v.                  ) UNITED STATES MAGISTRATE
14                                    ) JUDGE
FELICIA PONCE,           )
15                                    )
                                   )
16              Respondent.    )

17 _____

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

19 Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241

20 ("Petition") and accompanying documents, respondent's Motion to Dismiss the

21 Petition ("Motion to Dismiss") and all documents submitted by the parties in

22 connection therewith, and all of the records herein, including the July 25, 2018

23 Report and Recommendation of United States Magistrate Judge ("Report and

24 Recommendation"). The Court approves and accepts the Report and

25 Recommendation.

26       IT IS HEREBY ORDERED that the Motion to Dismiss is granted and the

27 Petition and this action are dismissed.

28 ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 30, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE