UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BYARS,<br><br>  Petitioner,<br><br>  v.<br><br>FELICIA PONCE,<br><br>  Respondent. | Case No. CV 18-1486 GW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody and this action are dismissed.

DATED: November 30, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE